1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BRAD WILLIAM HESSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:10-cr-0347 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; ORDER |
| v. | ) |
| | ) Date: November 14, 2011 |
| BRAD WILLIAM HESSE, | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 28, 2011, **may be continued to November 14, 2011 at 1:00 p.m.**

This continuance is at the request of counsel for defendant to permit investigation and negotiations between the parties. This continuance will conserve time and resources for both parties and the court. In response to documents, Secret Service investigation is necessary and Presidential duties of Secret Service have delayed the immediate resolution of this case.

///

///

///

////

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: October 25, 2011               By:    /s/ Mark J. McKeon
                                                    MARK J. MCKEON
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


                                                    DANIEL J. BRODERICK
                                                    Federal Defender


DATED: October 25, 2011               By:   /s/ Ann H. Voris
                                                    ANN H. VORIS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    Brad William Hesse




## **O R D E R**

The request for a continuance is DENIED. Good cause has not been stated. This case has been pending for more than nine months. There have been almost a dozen status conferences. The hearing set for October 28th will be a TRIAL SETTING CONFERENCE.

IT IS SO ORDERED.

**Dated:    October 25, 2011**                 /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE