BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00347-LJO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| BRAD WILLIAM HESSE, | |
| Defendant. | |

The parties request that the status conference in this case be continued from April 9, 2012 to April 23, 2012, at 8:30 a.m. They stipulate that the time between April 9, 2012 and April 23, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence and to assure continuity of government counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, counsel for the government is

unavailable on April 9, 2012 because he will be out of office, and requests a continuance so that he can personally be present at the status conference and for continuity of counsel. In addition, the parties are in discussion about the amount of loss that may be attributable to Mr. Hesse in the alleged criminal scheme, and hope to be able to resolve that issue before the status conference in order to further plea negotiations. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATE: April 4, 2012     By:       /s/ Mark J. McKeon
                                       MARK J. McKEON
                                       Assistant U.S. Attorney


DATE: April 4, 2012                    /s/ Ann Voris
                                           ANN VORIS
                                           Attorney for Defendant

Good Cause exists for the continuance. Time is excluded for the reasons stated.

IT IS SO ORDERED.

**Dated:   April 4, 2012**                  **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE