```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 498-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6   United States of America
 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )   CASE NO. 1:10-cr-000347-LJO
                                 )
12          Plaintiff,           )   STIPULATION AND ORDER TO
                                 )   CONTINUE SENTENCING HEARING
13      v.                       )
                                 )   DATE: July 23, 2012
14  BRAD WILLIAM HESSE,          )   TIME: 8:30 a.m.
                                 )   CTRM: Hon. Lawrence J. O'Neill
15          Defendant.           )
                                 )
16  _____ )
```

17    **IT IS HEREBY STIPULATED** by and between the parties hereto,

18  through their respective counsel, that the date for formal

19  objections may be continued until July 9, 2012, and that sentencing

20  hearing now set for July 9, 2012, may be continued until **July 23,**

21  **2012, at 10:00 a.m.**

22      This continuance is at the request of the government. The

23  Assistant United States Attorney assigned this matter will be out

24  of the office from June 29, 2012 until July 8, 2012. Formal

25  objections are currently due on July 2, 2012. Because the

26  Assistant United States Attorney is out of the office the week

27  //

28  //

1

before the sentencing hearing, he will not be available to respond before the hearing to any formal objections the defense files.

DATED: June 27, 2012          BENJAMIN B. WAGNER
                              United States Attorney


                         By:  /s/ Mark J. McKeon
                              MARK J. McKEON
                              ASSISTANT U.S. ATTORNEY

DATED: June 27, 2012          DANIEL J. BRODERICK
                              Federal Defender


                         By:  /s/ Ann Voris
                              ANN VORIS
                              ASSISTANT FEDERAL DEFENDER
                              Attorney for Defendant
                              BRAD WILLIAM HESSE

IT IS SO ORDERED.

**Dated:  June 27, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2