```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    STANLEY A. BOONE
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
         United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-CR-00347-LJO |
|---|---|
| Plaintiff, | ) ORDER FOR FORFEITURE |
| | ) MONEY JUDGMENT |
| v. | ) |
| BRAD WILLIAM HESSE, | ) |
| Defendant. | ) |

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant Brad William Hesse,

IT IS HEREBY ORDERED that

1.  The defendant Brad William Hesse shall forfeit to the United States the sum of $58,570.86 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Secret Service, in its secure

custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $58,570.86 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

**Dated:   July 12, 2012**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE