```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)497-4000
   Facsimile: (559)497-4099
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00347-LJO |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| DAVID BOYD SPIVEY, ) | |
| Defendant. ) | |

WHEREAS, on July 29, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2), 1028(b)(5) and 28 U.S.C. § 2461, based upon the plea agreement entered into between plaintiff and defendant David Boyd Spivey forfeiting to the United States the following property:

1. Several plastic sleeves bearing a State of California Department of Motor Vehicles (DMV) logo similar to those found on California driver's licenses,
2. A cell phone located in the open hotel safe, along with $800.00, and a computer disk,
3. $4,300.00 found in the hotel safe,
4. Eleven (11) California Driver's licenses with PRINCE's picture but different names and birth dates,
5. A Canon inkjet printer,
6. A HP printer,

7. A HP DeskJet (3 in 1) printer,
8. Blank check stock,
9. A Canon digital camera,
10. A file folder containing personal identifying information (PII) including Social Security Numbers and Driver's License Numbers that do not belong to PRINCE,
11. A RCA digital camera,
12. A notebook filled with names, PII, and bank account numbers,
13. A black bag containing check stock, scissors, a paper cutter, cell phone, plastic sleeves, and miscellaneous office supplies,
14. A leather bag containing: photo paper, a box of blank check stock, markers, additional check stock, plastic sheeting, and two (2) RS laminating machines,
15. A bag of trash containing: torn pieces of checks, and a piece of clear plastic bearing a State of California DMV logo,
16. A box of torn pieces of documents, receipts, and checks,
17. Twenty-three (23) California driver's licenses with PRINCE's and other's pictures but different names and birth dates,
18. A legal size envelope containing check stubs issued to a Jeff Mason, three (3) California driver's licenses with co-defendant CONWAY's photo but different names and birth dates,
19. Twelve (12) payroll checks in names other than those of the defendants,
20. Four (4) business checks, paid to the order of names other than the defendants,
21. Nine (9) insurance documents with PII, not belonging to the defendants,
22. A total of $8,323.00 in cash (total includes the money taken from the safe),
23. The following electronic equipment:
    a. 3 Samsung Metro PCS cell phones S/N: A000001765A36A, S/N:A00000177A06BA, S/N:A000001765A351;
    b. LG net 10 cell phone, S/N:811CQJZ642524;
    c. 1 Motorola Metro PCS cell phone, S/N:M68Y1LB3X8;
    d. 1 Acer Aspire One laptop computer, S/N:LUS040B162843157122;
    e. 1 IBM Thinkpad laptop computer, S/N:L3-CL153 08/05;
    f. 1 ACER Aspire 6930 laptop computer, S/N:LXASR0X1068502261025;
    g. 1 ACER Aspire 5515 laptop computer, S/N:LXAZP0Y001903012E216;

|   |   |    |                                                                                  |
|---|---|----|----------------------------------------------------------------------------------|
| 1 |   | h. | 1 Maxtor one touch mini 4 external hard drive in black case with USB cord, S/N:2HAS3G3M; |
| 2 |   | i. | 1 Nextar Q404 GPS system with SD 2 GB card, S/N:ML0811963829;                    |
|   |   | j. | 1 Toshiba 60 GB external hard drive, S/N:E310490;                                |
|   |   | k. | 2 Scan Disk Cruzer 16b GB thumb drive, S/N:BL0901NSLB and S/N:BL0902NRCB;        |
|   |   | l. | 2 Scan Disk Cruzer Micro 2 GB thumb drive, S/N:BE0806NKIB and S/N:BE0904NRCN;    |
|   |   | m. | 1 Scan Disk Cruzer 8GB thumb drive, S/N:B10904NVPB;                              |
|   |   | n. | 1 Scan Disk Cruzer 4GB thumb drive Titanium +, S/N:BH0811JSMB;                   |
|   |   | o. | Lexar 2 GB thumb drive, 33089-2GBA-4108;                                         |
|   |   | p. | 1 Kingston Data Traveler 4GB thumb drive;                                        |
|   |   | q. | 1 16GB thumb drive, red in color;                                                |
|   |   | r. | 47 Misc CD/DVD;                                                                  |
|   |   | s. | 1 Canon Powershot S410 digital camera;                                           |
|   |   | t. | 1 RCA EZ209 HD digital camera; and                                               |
|   |   | u. | 1 Kodak Easyshare V1003 digital camera.                                          |

AND WHEREAS, beginning on September 30, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail and first class mail Michael Ian Conway;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the

above-listed property pursuant to 18 U.S.C. §§ 982(a)(2), 1028(b)(5) and 28 U.S.C. § 2461, to be disposed of according to law, including all right, title, and interest of David Boyd Spivey.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: May 15, 2013      /s/ Lawrence J. O'Neill
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE